1
2                           [PROPOSED] ORDER
3      Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Magistrate
4  Judge Nathanael M. Cousins' Order granting pretrial release and setting conditions of release for
5  defendant Aurora Marin is STAYED until such time that this Court can hear and resolve the United
6  States' appeal of the Order.
7      The Court hereby sets the following briefing schedule: the United States shall file any papers in
8  support of its appeal by ~~Thursday, April 28, 2013~~ Tuesday, March 26, 2013 and the defendant shall file any papers in opposition
9  by ~~Tuesday, April 2, 2012~~ Thursday, March 28, 2013. The hearing on the matter will be heard on the following date and time:
10 ~~April 18, 2013~~ April 1, 2013 at 2:00 p.m.
11     IT IS SO ORDERED.
12
13 DATED: 3/22/13
                                                                    _____
14                                                                  HONORABLE JON S. TIGAR
                                                                    United States District Judge
15
...
28 NOTICE OF APPEAL AND UNITED STATES' REQUEST FOR STAY OF ORDER GRANTING DEF.'S RELEASE;
   AND [PROPOSED] ORDER
   13-CR-000121 JST