Mary McNamara
Swanson & McNamara LLP
450 Golden Gate Avenue
San Francisco, CA 94014
    Telephone: (415) 477 3800
    FAX: (415) 477 9010
    mmcnamara@swansonmcnamara.com

Attorneys for defendant Aurora Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-CR-00121 JST |
| Plaintiff, | [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE FROM OCTOBER 18, 2013 TO NOVEMBER 22, 2013 AND EXCLUDING TIME |
| v. | |
| AURORA MARIN,<br>    a/k/a Guadalupe Gaona,<br>    a/k/a Aurora Marin Medina,<br>    a/k/a Aracely M. Ramirez,<br>    a/k/a Araceli Ramirez Medina,<br>NICANOR SILVA, and<br>FIDEL HURTADO, | |
| Defendants. | |

**STIPULATION**

The next status conference in this matter is scheduled on October 18, 2013. The parties hereby respectfully request that the status conference be moved to November 22, 2013. The parties make this request to allow defense counsel to confer with their clients and review recently produced discovery, namely the draft transcripts from the body wire recordings and to evaluate plea offers that have recently been made. The parties anticipate that the additional time will also allow the parties to determine whether pretrial resolution is likely to occur.

The parties further ask to Court to exclude time from October 18, 2013 until November 22, 2013. Counsel for the defendants and the government believe the exclusion of time is reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and to prevent any miscarriage of justice. 18 U.S.C. §3161.

IT IS SO STIPULATED.

DATED:   October 11, 2013                                  /s/
                                                  KATIE BURROUGHS MEDEARIS
                                                  Assistant United States Attorney

DATED:   October 11, 2013                                  /s/
                                                  ERICK L. GUZMAN
                                                  Counsel for Defendant Fidel Hurtado

DATED:   October 11, 2013                                  /s/
                                                  MARY G. McNAMARA
                                                  Counsel for Defendant Aurora Marin

DATED:   October 11, 2013                                  /s/
                                                  GEOFFREY A. HANSEN
                                                  Counsel for Defendant Nicanor Silva

STIP. AND [~~PROPOSED~~] ORDER EXCLUDING TIME AND RESCH. STATUS CONF. RE DEF. MARIN
13-CR-000121 JST                                 1

**[PROPOSED] ORDER**

For the reasons stated by the parties, the Court grants the parties' request to reschedule the case status conference in this matter from October 18, 2013 to November 22, 2013 and finds that such request is made in good faith. The Court further finds that an exclusion of time under the Speedy Trial Act is warranted and that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of their criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendants and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161.

Therefore, the Court orders the exclusion of time from October 18, 2013 until November 22, 2013 and hereby reschedules the case status conference to November 22, 2013.

IT IS SO ORDERED.

DATED: October 11, 2013

HONORABLE JON S. TIGAR
United States District Judge

STIP. AND [PROPOSED] ORDER EXCLUDING TIME AND RESCH. STATUS CONF. RE DEF. MARIN
13-CR-000121 JST                                                   2