UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00121-JST-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REDUCE SENTENCE** |
| MARIN, | Re: ECF No. 157 |
| Defendant. | |

Defendant Aurora Marin has filed pro se a motion for reduction of sentence. The motion seeks to raise a claim for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10(b)(1) as amended by U.S.S.G. Amendment 782, effective November 1, 2014.

Pursuant to the Northern District of California's Miscellaneous Order 2014.10.14, available at http://www.cand.uscourts.gov/filelibrary/1496/Misc_Order_2014.10.14_Post-Judgment_Review_of_Sentences.pdf, the Court directed the Clerk of the Court "to notify the Federal Public Defender's Office, the Probation Office, and the United States Attorney's Office of the filing." ECF No. 158. After reviewing Defendant's pro se filing, the Federal Public Defender filed a notice of non-intervention stating it had nothing to add in support of Defendant's filing. ECF No. 159.

The Probation Department filed a Sentence Reduction Investigation Report. ECF No. 165. The Report advised the Court that Defendant's sentence was not eligible for reduction as she received the statutory mandatory minimum of 60 months and her guideline range was not lowered by Amendment 782. After reviewing the filings in this matter, the Court concludes that Defendant's sentence is not eligible for reduction.

/ / /

/ / /

1  Defendant's motion is denied.
2  IT IS SO ORDERED.
3  Dated: February 26, 2015

_____
JON S. TIGAR
United States District Judge